IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH HAROLD SWIPIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. C00-4072-DEO |
| | ) | |
| vs. | ) | |
| | ) | AMENDED JUDGMENT |
| FRANK KOFKA, | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This matter came before the Court upon remand from the Eighth Circuit Court of Appeals.

**PURSUANT TO INSTRUCTIONS FROM THE EIGHTH CIRCUIT COURT OF APPEALS, IT IS ORDERED AND ADJUDGED That** the judgment awarding punitive damages is vacated. In all other respects, the prior judgment is reaffirmed.

**IT IS THEREFORE ORDERED AND ADJUDGED**

Plaintiff, Kenneth Swipies, recover from Defendant, Frank Kofka, one dollar and no cents ($1.00) in nominal damages.

Dated:     10-19-05

PRIDGEN J. WATKINS
Clerk

(By) Deputy Clerk

**APPROVED BY:**

**DONALD E. O'BRIEN**
**Senior Judge**